**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7259**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JONATHAN LEE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:04-cr-00167-HEH-2)

Submitted:  November 8, 2024                    Decided:  November 22, 2024

Before KING, GREGORY, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Lee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Lee appeals the district court's order denying his motion for a reduction to his revocation sentence pursuant to 18 U.S.C. § 3582(c)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See* <u>U.S. Sentencing Guidelines Manual</u> § 1B1.10 cmt. n.8(A) (reductions to revocation sentences are not authorized); *United States v. Spruhan*, 989 F.3d 266, (4th Cir. 2021) ("sentence reductions must be 'consistent with applicable policy statements issued by the Sentencing Commission'"); *United States v. Lee,* No. 3:04-cr-00167-HEH-2 (E.D. Va. Nov. 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2